STATE OF NEW JERSEY v. MILTON YORMARK.

February 1, 1972. Petition for Certification denied. (See 117 *N. J. Super.* 315).

STATE OF NEW JERSEY v. STANLEY J. PERWIN.

February 1, 1972. Petition for Certification denied. (See 117 *N. J. Super.* 315).

STATE OF NEW JERSEY v. RICHARD McKINLEY TAYLOR.

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v. JOHN LEE MILLER.

February 1, 1972. Petition for Certification denied.

STATE OF NEW JERSEY v. DANIEL YORK, JR.

February 1, 1972. Petition for Certification denied.

FELIX RAMOS v. METALLURGICAL INTERNATIONAL, INC.

February 1, 1972. Petition for Certification denied.